# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| JAMES R. COOLEY, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION FILE |
| | : | NO.:  2:14-CV-0009-WCO |
| v. | : | |
| | : | |
| BANK OF AMERICA, N.A., | : | |
| | : | |
| Defendants. | : | |

## ORDER OF RECUSAL/REASSIGNMENT OF CASE

The undersigned magistrate judge finds it necessary to recuse himself from the above-captioned case.  Therefore, the Clerk of this Court is hereby **DIRECTED** to assign this case to another magistrate judge.

The Clerk is **DIRECTED** to assign the next case on the rotation list to the undersigned.

**IT IS SO ORDERED** this 10th day of January, 2014.

　　　　　　　　　　　　　　　　　　　　 /s/  J. C<small>LAY</small> F<small>ULLER</small>
　　　　　　　　　　　　　　　　　　　　J. CLAY FULLER
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge