IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JAMES R. COOLEY, ET AL : | |
| : | |
| Appellant, : | |
| : | CIVIL ACTION |
| vs. : | NO. 2:14-cv-00009-WCO |
| : | |
| BANK OF AMERICA N.A, ET AL : | |
| : | |
| Appellee, : | |

## ORDER

The captioned case has been assigned by the clerk in accordance with the usual order of rotation. The undersigned hereby recuses himself in this case pursuant to 28 U.S.C. § 455(b)(4). The clerk is directed to reassign the case in accordance with the usual order of rotation.

IT IS SO ORDERED, this  10th  day of January, 2014.

   s/William C. O'Kelley
WILLIAM C. O'KELLEY
Senior United States District Judge