# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| JAMES R. COOLEY and MARIA F. COOLEY, | : :  :  : |
| Plaintiffs, | : : |
| v. | : CIVIL ACTION NO. : 2:14-CV-00009-RWS : |
| BANK OF AMERICA, N.A., *et al.*, | : : : |
| Defendants. | : |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [7] of Magistrate Judge Russell G. Vineyard. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court.  Accordingly, this action is hereby **DISMISSED**, **WITHOUT PREJUDICE**.

**SO ORDERED**, this   12th   day of March, 2014.

_____
**RICHARD W. STORY**
United States District Judge