UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JAMES R. COOLEY,<br>MARIA F. COOLEY,<br><br>           Plaintiff,<br><br>vs.<br><br><br><br>BANK OF AMERICA N.A.,<br>OCWEN LOAN SERVICING LLC<br><br>           Defendants. | CIVIL ACTION FILE<br><br>NO.  2:14-CV-00009-RWS |

### J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of the magistrate judge's report and recommendation, and the court having approved and adopted the same, it is

**Ordered and Adjudged** that  the action be, and the same hereby is **dismissed without prejudice**.

Dated at Gainesville, Georgia, this 12th day of March, 2014.

JAMES N. HATTEN
CLERK OF COURT

By: s/Vicki L. Dougherty
      Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
November 12, 2014
James N. Hatten
Clerk of Court

By s/Vicki L. Dougherty
      Deputy Clerk